```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**NELLINA L. LOFTIN-TAYLOR,**  *

    **Plaintiff,**  *

**vs.**  *  CIVIL ACTION 11-00281-B

**MICHAEL J. ASTRUE,**  *
**Commissioner of Social Security,**  *

    **Defendant.**  *

## JUDGMENT

In accordance with the Order entered on August 21, 2012, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be **AFFIRMED.**

**DONE** this the **21st** day of **August, 2012.**

                                         **/s/ SONJA F. BIVINS**
                                      **UNITED STATES MAGISTRATE JUDGE**